CLEVENTX0036

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## PLANO DIVISION

IN RE:

**DENNETH R. CLEVENGER**

CHAPTER 13 BANKRUPTCY

CASE NUMBER**: 06-40582-BTR**

DEBTOR(S).

_____/

## PRAECIPE WITHDRAWING THE PROOF OF CLAIM NUMBER 6, FILED BY ECAST SETTLEMENT CORPORATION, ASSIGNEE OF GE MONEY BANK/SAM'S CLUB CONSUMER

eCast Settlement Corporation, assignee of GE Money Bank/SAM'S CLUB CONSUMER, by and through it's counsel, hereby withdraws its Proof of Claim, filed on July 14, 2006, and marked as **number 6** on the Court's claims docket, for **account number ending in 0998**, and in the amount of **$1547.35**.  This claim is a duplicate of claim number 7 which should remain as filed and be paid as an unsecured claim in the amount of $1547.35.

Respectfully submitted,
BECKET & LEE LLP

DATE:  8/4/2006          By:          /s/THOMAS A. LEE, III
Thomas A. Lee, III
BECKET & LEE LLP
16 General Warren Blvd.
P.O. Box 3001
Malvern, PA  19355
(610) 644-7800

Attorney/Agent for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

IN RE:

**DENNETH R. CLEVENGER**

CHAPTER 13 BANKRUPTCY

CASE NUMBER**: 06-40582-BTR**

DEBTOR(S).

_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of August, 06, a true and correct copy of the Praecipe Withdrawing the Proof of Claim Number 6, filed by eCast Settlement Corporation, assignee of GE Money Bank/SAM'S CLUB CONSUMER, was served on those listed below, via U.S. First class Mail, postage prepaid:

> Janna L. Countryman
> Standing Chapter 13 Trustee
> P. O. Box 941166
> Plano, TX  75094-1166
>
> Kurt S. Elieson, Esquire
> Minor & Jestor
> 515 South Carroll Blvd, Suite A
> Denton, TX  76202

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  8/4/2006               /s/THOMAS A. LEE, III
                               Thomas A. Lee, III
                               BECKET & LEE LLP
                               16 General Warren Blvd.
                               P.O. Box 3001
                               Malvern, PA 19355
                               (610) 644-7800